**Electronically Filed
Intermediate Court of Appeals
30606
04-DEC-2013
08:25 AM**

NOS. 30606 and 30607

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


NO. 30606
EMERSON M.F. JOU, M.D., Plaintiff-Appellant,
v.
ARGONAUT INSURANCE COMPANY, An Entity, Form Unknown;
CITY AND COUNTY OF HONOLULU, A Self-Insured Governmental Entity;
HEMIC, aka Hawaii Employers Medical Insurance Company, An Entity,
Form Unknown; and MARRIOTT CLAIM SERVICES CORPORATION,
A Corporation, Defendants-Appellees
and
JOHN DOE 1-50; DOE ATTORNEYS 1-50; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,
Defendants.
(Civil No. 03-1-1445)


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


NO. 30607
EMERSON M.F. JOU, M.D., Plaintiff-Appellant,
v.
HEMIC, aka Hawaii Employers Medical Insurance Company,
An Entity, Form Unknown, Defendant-Appellee,
and
DOES 1-40, Defendants.
(Civil No. 09-1-1529)


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER DENYING PLAINTIFF-APPELLANT'S MOTIONS FOR RECONSIDERATION
(By: Nakamura, C.J., Fujise and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant Emerson M.F. Jou, M.D.'s two Motions for Reconsideration both filed on November 25, 2013, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that the motions are denied.

DATED: Honolulu, Hawai'i, December 4, 2013.

Chief Judge

Associate Judge

Associate Judge